IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Williams, Ernie T | Case Number: 04 B 29465 |
| | Judge: Wedoff, Eugene R |
| Printed: 9/30/08 | Filed: 8/9/04 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Dismissed: August 14, 2008
Confirmed: December 2, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 9,884.00 | |
| Secured: | | 6,965.23 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 2,410.00 |
| Trustee Fee: | | 508.77 |
| Other Funds: | | 0.00 |
| Totals: | 9,884.00 | 9,884.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Robert J Adams & Associates | Administrative | 2,410.00 | 2,410.00 |
| 2. | Tidewater Credit Services | Secured | 0.00 | 0.00 |
| 3. | Consumer Portfolio Services | Secured | 15,572.14 | 6,965.23 |
| 4. | Citibank | Unsecured | 0.00 | 0.00 |
| 5. | United States Dept Of Education | Unsecured | 0.00 | 0.00 |
| 6. | Illinois Student Assistance Commission | Unsecured | 0.00 | 0.00 |
| 7. | City Of Chicago Dept Of Revenue | Unsecured | 66.00 | 0.00 |
| 8. | Aspire Visa | Unsecured | 69.15 | 0.00 |
| 9. | RJM Acquisitions LLC | Unsecured | 11.90 | 0.00 |
| 10. | Consumer Portfolio Services | Unsecured | 185.30 | 0.00 |
| 11. | Illinois State Tollway | Unsecured | 4.75 | 0.00 |
| 12. | Robert J Adams & Associates | Priority | | No Claim Filed |
| 13. | City of Calumet City | Unsecured | | No Claim Filed |
| 14. | Certegy Payment Recovery Services Inc | Unsecured | | No Claim Filed |
| 15. | Charter One Bank | Unsecured | | No Claim Filed |
| 16. | Collection Company Of America | Unsecured | | No Claim Filed |
| 17. | FMSC | Unsecured | | No Claim Filed |
| 18. | Progressive Management Systems | Unsecured | | No Claim Filed |
| 19. | First Premier | Unsecured | | No Claim Filed |
| 20. | Linebarger Goggan Blair Pena & Samp | Unsecured | | No Claim Filed |
| 21. | Bank One | Unsecured | | No Claim Filed |
| 22. | Illinois State Tollway | Unsecured | | No Claim Filed |
| 23. | LaSalle Bank NA | Unsecured | | No Claim Filed |
| 24. | CCS Collection Group | Unsecured | | No Claim Filed |
| 25. | Safeway | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Williams, Ernie T | Case Number: 04 B 29465 |
|---|---|
| | Judge: Wedoff, Eugene R |
| Printed: 9/30/08 | Filed: 8/9/04 |

| | | | |
|---|---|---|---|
| 26. One Iron Ventures | Unsecured | | No Claim Filed |
| 27. Collection Bureau Central | Unsecured | | No Claim Filed |
| 28. Household Bank FSB | Unsecured | | No Claim Filed |
| | | _____ | _____ |
| | | $ 18,319.24 | $ 9,375.23 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 6.5% | 164.84 |
| 4% | 69.84 |
| 3% | 34.89 |
| 5.5% | 181.44 |
| 5% | 16.00 |
| 4.8% | 20.16 |
| 5.4% | 21.60 |
| | _____ |
| | $ 508.77 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

